DUNKLIN TP., GREENVILLE COUNTY, S. C., v. WELLS. (Circuit Court of Appeals, Fourth Circuit. May 3, 1898.) No. 250. Appeal from the Circuit Court of the United States for the District of South Carolina. B. M. Shuman (J. A. McCullough, on brief), for plaintiff in error. H. J. Haynsworth (of Haynsworth & Parker), for defendant in error. Before GOFF, Circuit Judge, and JACKSON and PAUL, District Judges.

JACKSON, District Judge. The controlling questions presented for the consideration of this court in the record in this case are similar to those presented in the case of Township of Ninety-Six v. Folsom, 87 Fed. 304, which have been

maturely considered by the court; and, for the reason assigned in the opinion of the court in that case, the judgment of the court below in this case is without error, the demurrer to the complaint was properly overruled, and we concur fully with the trial judge in his action on the points raised during the trial to the jury. Affirmed.